```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 14553
   CHRISTOPHER RAYN GREER
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-6825

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 11/07/2006 and was confirmed 01/04/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 03/06/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------
CITIFINANCIAL SERVICES     SECURED NOT I        .00            .00            .00
CITIFINANCIAL SERVICES     UNSECURED       NOT FILED           .00            .00
CAPTAL ONE                 UNSECURED         4141.85           .00         494.50
CHASE                      UNSECURED       NOT FILED           .00            .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED           .00            .00
AT & T WIRELESS            NOTICE ONLY     NOT FILED           .00            .00
BUREAU OF COLLECTION REC   NOTICE ONLY     NOT FILED           .00            .00
CITY OF CHICAGO PARKING    UNSECURED          200.00           .00          16.52
ILLINOIS SECRETARY OF ST   NOTICE ONLY     NOT FILED           .00            .00
LINEBARGER GOGGAN BLAIR    NOTICE ONLY     NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED          521.81           .00          50.69
HOUSEHOLD BANK             NOTICE ONLY     NOT FILED           .00            .00
ROUNDUP FUNDING LLC        UNSECURED          286.49           .00          34.27
TARGET                     NOTICE ONLY     NOT FILED           .00            .00
CAPITAL ONE AUTO FINANCE   UNSECURED         6453.94           .00         772.15
PETER FRANCIS GERACI       DEBTOR ATTY       2,500.00                     2,500.00
TOM VAUGHN                 TRUSTEE                                          254.51
DEBTOR REFUND              REFUND                                            20.48

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               4,143.12

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                    1,368.13
ADMINISTRATIVE                               2,500.00
TRUSTEE COMPENSATION                           254.51
DEBTOR REFUND                                   20.48
                                         ---------------
                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 14553 CHRISTOPHER RAYN GREER
```

TOTALS                              4,143.12              4,143.12

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 05/26/08                     /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE